## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Susan A. Marro,<br><br>*Debtor*. | Case No. 26-13285-PMM<br>Chapter 13 |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on August 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 5, 2026

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service – CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail**

Ashley Funding Services, LLC
c/o Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

City of Philadelphia Law
Department
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Health
Attn: Bankruptcy
c/o Office of Legal Affairs
1101 Market St Ste 2400
Philadelphia, PA 19107-2934

LVNV Funding LLC
Attn: Bankruptcy
6801 S Cimarron Rd Ste 424-J
Las Vegas, NV 89113-2273

MERRICK BANK
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

Santander Consumer USA,
Inc.
P.O. Box 961275
Fort Worth, TX 76161-0275