IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
2613285

DEBTOR(S):
SUSAN A MARRO

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $92.96

CREDITOR'S SIGNATURE:
/S/ Jordan Oakes

CREDITOR CONTACT INFO:
Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
9/1/2026