IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
26-13285

DEBTOR(S):
SUSAN A MARRO

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,476.32

CREDITOR'S SIGNATURE:

/s/ Alexica Marche' Thomason

CREDITOR CONTACT INFO:
MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603
(866) 572-0265

DATE:
9/1/2026