**Fill in this information to identify the case:**

Debtor 1 Susan A Marro

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number 26-13285

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Santander Bank, N.A.

**Court claim no.** (if known): ______

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 0 4

**Date of payment change:** Must be at least 21 days after date of this notice: 10 / 27 / 26

**New total payment:** Principal, interest, and escrow, if any: $ 1003.55

*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ ______ **New escrow payment:** $ ______

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or - $______

Debtor 1 Susan A Marro
First Name Middle Name Last Name

Case number (*if known*) 26-13285

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☐ No
- ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: number of days in the month changes the amount due

**Current mortgage payment:** $ 1023.50 **New mortgage payment:** $ 1003.55

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Melissa A Epler Date 10 / 07 / 2026
Signature

Print: Melissa A. Epler Title Bankruptcy Administrator
First Name Middle Name Last Name

Company Santander Bank, N.A.

Address 10 Commons Blvd., MC: PA-WYO-CP3
Number Street
Reading PA 19605
City State ZIP Code

Contact phone (484) 512 – 3552 Email DeftBkr@santander.us

Santander

Mail Code: PA-WYO-CN3
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

## STATEMENT OF ACCOUNT

| | |
|---|---|
| **Account Number:** | |
| Statement Date: | 10-04-2026 |
| Statement Period From: | 09-05-2026 |
| Statement Period Through: | 10-04-2026 |
| Days in Statement Period: | 30 |
| Current Balance: | $175,280.02 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 06-05-2023 |
| **Minimum Payment:** | $110,434.22 |
| **Payment Due Date:** | 10-27-2026 |

1191-0.5400 000003BFXB8FS 1/2 BIN:0 0-4749
SUSAN MARRO
2416 S 10TH ST
PHILA PA 19148-3624

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

INTERNAL ONLY

1191-0.5400 000003BFXB8FS 1/2 BIN:0 0-4749

### ACCOUNT BILLING SUMMARY

| | |
|---|---|
| Principal Due | $405.07 |
| **INTEREST CHARGE** Due | **$598.48** |
| Past Due Amount | $72,578.59 |
| Late Charges Due | $732.80 |
| Fees Due | $36,119.28 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$110,434.22** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---|
| Beginning Balance | $174,709.54 |
| Advances | $0.00 |
| Payment Received | $28.00 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$598.48** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $175,280.02 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 09-05-2026 | Periodic **INTEREST CHARGE** | $598.48 |
| Periodic Rate Through | 10-04-2026 | **ANNUAL PERCENTAGE RATE** | 7.4900 |
| Payment Amount | $1,003.55 | | |
| Daily Periodic Rate * | 0.0002052055 | | |
| Balance Subject to Interest Rate | $97,215.75 | Ending Principal | $97,215.75 |

* The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 09-05-2026 | BEGINNING PRINCIPAL | | $97,215.75 |
| 09-23-2026 | 09-23-2026 | PAYMENT RECEIVED - THANK YOU | $14.00 | $97,215.75 |
| | | INSPECTION FEE | $14.00 | |
| 09-23-2026 | 09-23-2026 | PAYMENT RECEIVED - THANK YOU | $14.00 | $97,215.75 |
| | | INSPECTION FEE | $14.00 | |
| | 10-04-2026 | ENDING PRINCIPAL | | $97,215.75 |

************************************************************ FEES ************************************************************

TOTAL FEES THIS PERIOD $0.00

************************************************************ INTEREST CHARGED ************************************************************

TOTAL INTEREST THIS PERIOD $598.48

*Please return this portion with your check.*

Santander

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 10-27-2026 | $110,434.22 | |

SUSAN MARRO
2416 S 10TH ST
PHILA PA 19148-3624

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Susan A Marro

Debtor

Chapter #13
Case No. 26-13285
Honorable Patricia M Mayer

_______________________________________________/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on October 7, 2026, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

Signed under the penalties of perjury, this 7th day of October 2026.

Melissa A Epler

Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Susan A Marro
2416 S 10th Street
Philadelphia PA 19148

VIA ECF
Kenneth E West
190 N Independence Mall W Ste 701
Philadelphia PA 19106

Michael A Cibik
help@cibiklaw.com