Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Susan A Marro
CHAPTER: 13
CASE NUMBER: 26-13285

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 0070 in the amount of $ 2583.72.
3. Docketed by the court on October 06, 2026 Claim number 8.

You are notified that such proof of claim is hereby withdrawn.

DATED: November 04, 2026

Bank of America, N.A.

/s/ Harold E. Kyle Jr., Assistant Vice President